[38 NE3d 798, 17 NYS3d 56]

BRANIC INTERNATIONAL REALTY CORP., Appellant, v PHILLIP PITT, Respondent, et al., Respondents.

Decided September 1, 2015

938

**APPEARANCES OF COUNSEL**

*Rosenberg Calica & Birney LLP*, Garden City (*Ronald J. Rosenberg*, *Lesley Reardon* and *Judah Serfaty* of counsel), for appellant.

*Jeanette Zelhof, MFY Legal Services Inc.*, New York City (*Martha A. Weithman* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative (*see Branic Intl. Realty Corp. v Pitt*, 24 NY3d 1005, 1007 [2014], citing *Matter of Park E. Corp. v Whalen*, 43 NY2d 735, 736 [1977]).

Concur: Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, STEIN and FAHEY; Judge ABDUS-SALAAM taking no part.